IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JANA G. FAIN                                                                                              PLAINTIFF

v.                                  Case No. 2:15-CV-02104

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the decision of the Administrative Law Judge is AFFIRMED and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 26th day of September, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE